WILLIAM D. PINDAR, Appellant, *v.* ORMOND E. JENKINS, Respondent.

*Pindar* v. *Jenkins*, 128 App. Div. 711, reversed.
(Argued October 13, 1910; decided October 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 30, 1908, affirming a judgment for nominal damages in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract of employment.

*L. B. McKelvey* for appellant.

*W. P. Butler* for respondent.

Judgment reversed and new trial granted, costs to abide event, on dissenting opinion of KELLOGG, J., below.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

ACHILLE J. OISHEI, Appellant, *v.* PIETRINA D'ANCONA, by Her Guardian ad Litem, PIETRO D'ANCONA, Defendant, and BORDEN'S CONDENSED MILK COMPANY, Respondent.

*Oishei* v. *D'Ancona*, 132 App. Div. 929, affirmed.
(Argued October 13, 1910; decided October 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 5, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to enforce an attorney's lien.

*Nelson L. Keach* and *Achille J. Oishei* for appellant.

*Thomas M. Rowlette* and *F. Herbert Wadsworth* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.